MICHAEL C. ORMSBY
United States Attorney
Eastern District of Washington
TYLER H.L. TORNABENE
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone:  (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | **No. CV-12-05042-LRS** |
| Plaintiff, | ) ) | **CONSENT** |
| vs. | ) ) | **JUDGMENT RE:  DENICE JOHNS** |
| DENICE JOHNS, | ) ) | |
| Defendants. | ) ) ) | |

Pursuant to the parties' Stipulation of Entry of Consent Judgment filed herein (ECF No. 2) and good cause appearing therefore,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that a Consent Judgment in the amount of $48,414.73 is entered against Defendant Denice Johns for all claims alleged in the Complaint. (ECF No. 1); and it is further

ORDERED ADJUDGED AND DECREED that pursuant to the terms of the parties' Stipulation for Entry of Consent Judgment, Defendant Denice Johns will make

**PARTIES' JOINT PROPOSED ORDER FOR CONSENT JUDGMENT**
**Page 1**

monthly payments toward the satisfaction of the judgment amount and, assuming the Defendant Denice Johns' timely performance of all terms and obligations set forth in the Stipulation for Entry of Consent Judgment, Defendant Denice Johns shall be released and discharged from all manner of civil actions and claims arising from the incidents complained of in the United States' Complaint (ECF No. 1); and it is further

ORDERED ADJUDGED AND DECREED that all terms and obligations related to the entry of this Consent Judgment shall be controlled by the parties Stipulation for Entry of Consent Judgment.

Dated this 31st day of  May, 2012.

*s/Lonny R. Suko*

_____
LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

APPROVED:

MICHAEL C. ORMSBY
United States Attorney.

_____          _____
TYLER H.L. TORNABENE                         DENICE JOHNS
Assistant United States Attorney              Defendant
Attorney for Defendant
United States Attorney's Office
Post Office Box 1494
Spokane, Washington 99210-1494
(509) 353-2767 (Tel)
(509) 353-2766 (Fax)
USA-WAE-TTornabeneECF@usdoj.gov

**PARTIES' JOINT PROPOSED ORDER FOR CONSENT JUDGMENT**
**Page 2**